FILED
CLERK, U.S. DISTRICT COURT
AUG 12 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
AUG 12 2014
CLERK, U.S. DISTRICT COURT
FILED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-1582 M -mj- |
| Plaintiff, | ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. §3148(b): (Allegations of Violation of Pretrial Conditions of Release) |
| v. Jose Antonio Garcia Defendant. | |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

B.

The court finds:

(1)    (A)   ( )   Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release;

      (B)   ( )   By clear and convincing evidence that the defendant has violated any other condition of release; and

| | | | |
|---|---|---|---|
| (2) | (A) | ( ) | Based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or |
| | (B) | ( ) | The defendant is unlikely to abide by any condition or combination of conditions of release. |
| (3) | | ( ) | There is probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted. |

OR

(4) (X) The court finds that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety any other person or the community, and that the defendant will abide by such conditions. <u>See</u> separate Order setting conditions. *Reasons are lack of prior convictions; available surety; agreement to home incarceration pending next appearance.*

( ) It is further ordered that this order is stayed for 72 hours to allow the Government to seek review from the assigned district judge or criminal duty district judge as appropriate.

C.

( ) IT IS ORDERED defendant be detained prior to trial.

DATE: *Aug. 12*, 2014

*Carla M. Woehrle*

UNITED STATES MAGISTRATE JUDGE

- 2 -